**Pamela RICHARDSON, Plaintiff–Appellant,**

v.

**MONITRONICS INTERNATIONAL INC., Defendant–Appellee.**

No. 04–10225.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 9, 2004.

Robert G. Lee, Heygood, Orr & Reyes, Irving, TX, for Plaintiff–Appellant.

---

Kristin Leigh Bauer, Victor N. Corpuz, Jackson Lewis, Dallas, TX, for Defendant–Appellee.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Appellant Richardson appeals the district court's award of summary judgment to Appellee Monitronics International, Inc. The district court found that Richardson failed to raise a material issue as to any entitlement or retaliatory violation of the Family and Medical Leave Act ("FMLA"). This court reviews the grant of summary judgment de novo, using the same standard as the district court. *Urbano v. Continental Airlines, Inc.*, 138 F.3d 204, 205 (5th Cir.1998).

After closely reviewing the record below, we find no reversible error and agree with the district court's well-reasoned resolution of this matter.

The judgment of the district court is **AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

